SCPW-14-0001095

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JOHN T. ORSO, Petitioner,

vs.

THE HONORABLE STEVEN ALM, JUDGE OF THE CIRCUIT COURT
OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 03-1-0048; S.P.P. NO. 07-1-0050)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner John T. Orso's petition for a writ of mandamus, the answers filed by Respondent State of Hawaiʻi and Respondent Judge, the respective supporting documents, and the record, it appears that, on April 21, 2015, the circuit court disposed of the pending motion for reconsideration pursuant to the "Findings of Fact, Conclusions of Law, and Order Granting State's Motion for Reconsideration in Light of New Case Law and Denying Petition for Post Conviction

Relief Without a Hearing." Petitioner's request for mandamus relief is therefore moot. Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawaiʻi, April 30, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

